IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**COASTAL DUST CONTROL, INC.**
**D/B/A SANICO, LLC**                                                                           **PLAINTIFF**

**v.**                                                              **Civil No. 1:24-cv-5-HSO-RPM**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                                       **DEFENDANT**

**FINAL JUDGMENT**

The claims of Plaintiff Coastal Dust Control, Inc., doing business as Sanico, LLC, against State Farm Fire and Casualty Company, came on for trial before the Court and a jury beginning on the 21st day of October, 2025, and concluding on the 23rd day of October, 2025, Honorable Halil Suleyman Ozerden, Chief United States District Court Judge, presiding.  The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Verdict Form, the jury retired to consider its verdict.  The jury returned upon their oaths, into open Court, a unanimous verdict.

In accordance with the verdict and the Court's previous Memorandum Opinion and Order [78] Denying Plaintiff Coastal Dust Control, Inc.'s Motion [45] for Partial Summary Judgment and Granting in Part and Denying in Part Defendant State Farm Fire and Casualty Company's Motion [47] for Summary Judgment,

2

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is entered in favor of Defendant State Farm Fire and Casualty Company, and this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of October, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE